IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ELIZABETH FISHER, INDEPENDENT ADMINISTRATOR OF THE ESTATE OF RAY E. FISHER, DECEASED, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO.  05-4184-JPG ) |
| UNITED STATES OF AMERICA, JOHNNY R. WISELY, individually, JOHNNY R. WISELY as Vergennes Township Highway Commissioner, JOHNNY R. WISELY as Highway Commissioner of Vergennes Township Road District, VERGENNES TOWNSHIP, VERGENNES TOWNSHIP ROAD DISTRICT, JACKSON COUNTY, and JACKSON COUNTY DEPARTMENT OF HIGHWAYS, | ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**JUDGMENT IN A CIVIL CASE**

The Court having found that the parties have settled all claims in this matter,

**IT IS HEREBY ORDERED AND ADJUDGED** that all claims by Elizabeth Fisher, Independent Administrator of the Estate of Ray E. Fisher, Deceased, against Johnny R. Wisely, Individually, Johnny R. Wisely as Vergennes Township Highway Commissioner, Johnny R. Wisely as Highway Commissioner of Vergennes Township Road District, Vergennes Township, and Vergennes Township Road District are **DISMISSED WITH PREJUDICE**;

**IT IS FURTHER ORDERED AND ADJUDGED** that all claims by Elizabeth Fisher, Independent Administrator of the Estate of Ray E. Fisher, Deceased, against Jackson County and Jackson County Department of Highways are **DISMISSED WITH PREJUDICE**; and

**IT IS FURTHER ORDERED AND ADJUDGED** that all claims by Elizabeth Fisher,

Independent Administrator of the Estate of Ray E. Fisher, Deceased, against the United States of America are **DISMISSED WITH PREJUDICE**.

    The parties are to bear their own costs.

**DATED:**   **March 20, 2007**

                                               **NORBERT G. JAWORSKI, CLERK**

                                               <u>**s/Vicki Lynn McGuire**</u>
                                               **Deputy Clerk**

**APPROVED:**  <u>s/ J. Phil Gilbert</u>
                **J. PHIL GILBERT**
                **U.S. District Judge**